```
1  Gregory J. Arpin, WSBA #2746          The Honorable Edward F. Shea
2  Donald G. Stone, WSBA #7547
3  PAINE, HAMBLEN, COFFIN,
     BROOKE & MILLER LLP
4  717 W. Sprague Avenue, Suite 1200                FILED IN THE
                                                  U.S. DISTRICT COURT
5  Spokane, Washington 99201-3505            EASTERN DISTRICT OF WASHINGTON
6  Telephone: (509) 455-6000                        JUL 31 2003
   Facsimile: (509) 838-0007                    JAMES R. LARSEN, CLERK
7                                              _____DEPUTY
                                                 SPOKANE, WASHINGTON
8  Attorneys for Defendants Watchtower
9    and Othello (North) Spanish Congregation
10
11         UNITED STATES DISTRICT COURT FOR THE
12              EASTERN DISTRICT OF WASHINGTON
13
14  ERICA RODRIGUEZ, a single     )
15  person,                       )   No. CS-02-0190-EFS
                                  )
16                Plaintiff,      )   AFFIDAVIT OF DR. PARK
17                                )   DIETZ IN SUPPORT OF
    vs.                           )   MOTION FOR SUMMARY
18                                )   JUDGMENT
19  WATCHTOWER BIBLE and          )
20  TRACT SOCIETY OF NEW YORK,    )
    INC., et al.                  )
21                                )
22                                )
                  Defendants.     )
23  _____)
```

AFFIDAVIT OF DR. PARK DIETZ IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 1

STATE OF WASHINGTON    )
                       ) ss
County of Spokane      )

DR. PARK DIETZ, being first duly sworn on oath, declares and states:

1. I am a forensic psychiatrist and criminologist, holding degrees of M.D., M.P.H., and Ph.D. My report and curriculum vitae have been filed in this matter, and my report sets out the underlying data upon which my opinions in this matter are based. I am over the age of majority and competent to testify to the matters contained herein.

2. Based on the data identified in my report, and particularly the information provided by Erica Rodriguez in her deposition testimony and Answers to Interrogatories and the Affidavit of Maggie Garza Ramirez, it is my opinion that the alleged kissing event involving Ms. Rodriguez' then-seven-or-eight-year-old cousin, Maggie Garza, and Manuel Beliz (recalled by Ms. Rodriguez as occurring when she was age seven), would not have put the Watchtower or the Othello Spanish Congregation on notice that Mr. Beliz was a pedophile, had a propensity to sexually abuse children, or was likely to molest children in general or Ms. Rodriguez in particular.

3. In American culture, it is common and acceptable for adults to kiss young children out of healthy affection. As just two examples, I would point to the practice of political candidates kissing babies and the recent baptism of my own grandchildren, at which the officiating female clergy directed the children to go about the room and receive kisses from each of the family members and family friends in attendance. In my opinion, a reasonably prudent person or organization could not construe Mr. Beliz' brief kiss of a seven- or eight-year-old girl who was a friend of the family and had just helped Mr. Beliz as notice to the Watchtower or the Othello Spanish Congregation that Mr. Beliz was a pedophile, child molester, or person with a proclivity to sexually abuse children.

4. In submitting the foregoing I have not had the opportunity to review the anticipated depositions of Mr. White, Mr. Chicas, or Mr. Melendez. I reserve the right to supplement these opinions after having an opportunity to review these depositions or other information that becomes available.

PARK DIETZ, M.D., M.P.H., Ph.D.

1 | SIGNED AND SWORN to before me this 25 day of July 2003, by
2 | PARK DIETZ.

SUSAN W. BYHOWER
COMM...1232568
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. August 19, 2003

Susan W. Byhower
NOTARY PUBLIC in and for the State of California, residing at 537 Newport Center Dr. N.B. CA 92660
My commission expires: Aug. 19, 2003

AFFIDAVIT OF DR. PARK DIETZ IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# CERTIFICATE OF SERVICE

I certify that on this __31__ day of July 2003, a true and correct copy of the foregoing AFFIDAVIT OF DR. PARK DIETZ, was caused to be served as indicated below and addressed as follows:

| | |
|---|---|
| Richard C. Eymann<br>EYMANN, ALLISON, FENNESSY,<br>  HUNTER & JONES, P.S.<br>601 West Main Avenue, Suite 801<br>Spokane, WA  99201<br><br>    Attorneys for Plaintiff | ____ U.S. MAIL<br>__✓__ HAND-DELIVERED<br>____ OVERNIGHT MAIL<br>____ TELECOPY (FAX) |
| Timothy D. Kosnoff<br>Attorney at Law<br>Bellevue Place Building<br>800 Bellevue Way N.E., Suite 300<br>Bellevue, WA  98004-4229<br><br>    Attorneys for Plaintiff | __✓__ U.S. MAIL<br>____ HAND-DELIVERED<br>____ OVERNIGHT MAIL<br>__✓__ TELECOPY (FAX) |
| Jeffrey R. Anderson<br>Jodean A. Thronson<br>Cynthia J. Waldt<br>JEFF ANDERSON & ASSOCIATES, P.A.<br>E-1000 First National Bank Bldg.<br>332 Minnesota Street<br>St. Paul, MN  55101<br><br>    Attorneys for Plaintiff | __✓__ U.S. MAIL<br>____ HAND-DELIVERED<br>____ OVERNIGHT MAIL<br>__✓__ TELECOPY (FAX) |

| | |
|---|---|
| Manuel L. Beliz, #783393,G-C-17<br>STAFFORD CREEK CORRECTIONAL<br>  CENTER<br>191 Constantine Way<br>Aberdeen, WA  98520 | ✓  U.S. MAIL<br>___  HAND-DELIVERED<br>___  OVERNIGHT MAIL<br>✓  TELECOPY (FAX) |

*[signature]*

GREGORY J. ARPIN
DONALD G. STONE

00127084:drs

AFFIDAVIT OF DR. PARK DIETZ IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 6

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*